UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| R & M INNOVATIONS LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>ALLIANCE SALES & MARKETING MW, INC. and DOES 1 TO 20,<br><br>   Defendants. | No. 2:24-cv-58 WBS AC<br><br>ORDER RELATING CASES |
| BRIGHT PEOPLE FOODS DBA DR. MCDOUGALL'S RIGHT FOODS,<br><br>   Plaintiff,<br><br>   v.<br><br>ALLIANCE SALES & MARKETING MW, INC. and DOES 1 TO 20,<br><br>   Defendants. | No. 2:24-cv-60 DJC JDP |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve the same individual acting as principal for both

1

1   plaintiffs, the same named defendant with the same individual
2   acting as defendant's principal, and almost identical claims
3   based on almost identical contracts.  Accordingly, the assignment
4   of the matters to the same judge is likely to effect a
5   substantial saving of judicial effort and is also likely to be
6   convenient for the parties.
7              The parties should be aware that relating the cases
8   under Local Rule 123 merely has the result that both actions are
9   assigned to the same judge; no consolidation of the actions is
10  effected.  Under the regular practice of this court, related
11  cases are generally assigned to the judge and magistrate judge to
12  whom the first filed action was assigned.
13             IT IS THEREFORE ORDERED that the actions denominated <u>R
14  & M Innovations LLC v. Alliance Sales & Marketing MW, Inc.</u>, 2:24-
15  cv-58-WBS AC, and <u>Bright People Foods v. Alliance Sales &
16  Marketing MW, Inc.</u>, 2:24-cv-60 DJC JDP, be, and the same hereby
17  are, deemed related.  The case denominated <u>Bright People Foods
18  Alliance Sales & Marketing MW, Inc.</u>, 2:24-cv-60 DJC JDP, shall be
19  reassigned to the Honorable WILLIAM B. SHUBB.  Any dates
20  currently set in the reassigned case only are hereby VACATED.
21  Henceforth, the captions on documents filed in the reassigned
22  case shall be shown as <u>Bright People Foods v. Alliance Sales &
23  Marketing MW, Inc.</u>, 24-cv-60 WBS AC.
24             IT IS FURTHER ORDERED that the Clerk of the Court make
25  an appropriate adjustment in the assignment of cases to
26  compensate for this reassignment.
27  Dated:  January 24, 2024

    WILLIAM B. SHUBB
28  UNITED STATES DISTRICT JUDGE