UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| R & M INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE SALES & MARKETING MW, INC., and DOES 1 TO 20,<br><br>Defendant. | No. 2:24-cv-00058 WBS AC<br><br><br>ORDER |

----oo0oo----

Defendant-counterclaimant Alliance Sales & Marketing moves for leave to amend its answer and counterclaims, seeking to add an additional counterclaim for violation of the Independent Wholesale Sales Representatives Contractual Relations Act of 1990, Cal. Civil Code § 1738.10.  (Docket No. 17.)

Leave to amend should be granted "freely . . . when justice so requires."  Fed. R. Civ. P. 15(a)(2).  Leave should only be denied if amendment (1) would cause prejudice to the opposing party, (2) is sought in bad faith, (3) would create

1

undue delay, or (4) is futile.  Chudacoff v. Univ. Med. Ctr. of S. Nev., 649 F.3d 1143, 1152 (9th Cir. 2011).

Plaintiff argues that the proposed amended counterclaim fails to state a claim and therefore amendment would be futile. This argument conflates futility with the separate issue of failure to state a claim under Rule 12(b)(6).  Leave to amend should be denied as futile when "no set of facts can be proved under the amendment to the pleadings that would constitute a valid and sufficient claim or defense."  Missouri ex rel. Koster v. Harris, 847 F.3d 646, 656 (9th Cir. 2017).  Plaintiff has failed to make this required showing of futility.

Good cause appearing, the motion for leave to file an amended answer and counterclaims (Docket No. 17) is hereby GRANTED.  Defendant is directed to file its amended answer and counterclaims within fourteen days of the issuance of this Order.[1]

IT IS SO ORDERED.

Dated:  August 6, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The court declines to deem as filed the proposed pleading provided with the motion, which defendant must separately file forthwith.

2